# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SALVADOR GUERECA, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. SA-17-CV-368-XR |
| § | |
| PROCARE AUTOMOTIVE, LLC and § | |
| AFJB, INC. d/b/a ART'S PAINT AND § | |
| BODY SHOP, INC. § | |
| § | |
| *Defendants*. | |

## ORDER

The Court finds that the settlement agreement is a fair and reasonable settlement of a bona fide dispute. Therefore, the Joint Motion to Approve Confidential Settlement Agreement (ECF No. 34) is GRANTED, the settlement is APPROVED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

It is so ORDERED.

SIGNED this 29th day of December, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1